# BERKMAN HENOCH
## PETERSON & PEDDY, PC

400 Garden City Plaza, Suite 320
Garden City, New York 11530
Telephone: (516) 222-6200
Facsimile: (516) 222-6209
Website: www.bhpp.com

January 29, 2026

Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

    RE:  **Fee v. Town of Hempstead et al.**
           **17-cv-5410 (AYS)**

Dear Judge Shields:

    This office is Special Counsel to the Town of Hempstead ("Town") in the above referenced matter. We write to advise that the mediation in the above-referenced matter took place on Monday, January 26, 2026. The mediation ended without a resolution to the matter.

                                Respectfully Submitted,

                                  BERKMAN, HENOCH, PETERSON
                                  & PEDDY, P.C.

                                By: *Donna A. Napolitano*
                                      Donna A. Napolitano

cc:    Frederick K. Brewington, *via ECF*
        Cobia Powell, *via ECF*