THE LAW OFFICES OF
FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Cobia M. Powell
Lorraine R. Bishop

Of Counsel
Jay D. Umans

September 8, 2026

**BY ELECTRONIC CASE FILING**
Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** ***Fee v. Town of Hempstead, et al.***
**Docket No.: 17-CV-5410 (AYS)**

Dear Judge Shields:

As this Court is aware, this office represents the Plaintiff Ms. Debra Fee, in the above referenced action. We write after obtaining the consent of counsel for the Defendants for an extension of time in which to respond to Defendants' post-trial motions which were filed with the Court. This is Plaintiff's first request for an extension of time in relation to post-trail proceedings in this matter. Given the current trial schedule for my office, as well prearranged trial plans out of the country, which will require myself and another member of our team working on this matter to be unavailable to meet the current schedule, an extension to October 23, 2026 is necessary for us to address the scheduling concerns and to fully address the enlarged brief filed by he Defendants. Defense Counsel requests that their Reply be set for November 16, 2026, a date that we have mutually agreed to.

In addition, we respectfully request that we be allowed the same number of pages allotted to Defendants in the amount of 33 pages when we submit our opposition papers.

We thank the Court for its kind consideration.

Respectfully submitted,
*Frederick K. Brewington*
FREDERICK K. BREWINGTON

FKB:ASM
cc. All Counsel VIA ECF